# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 512
:
REAPPOINTMENT TO THE CRIMINAL : CRIMINAL PROCEDURAL RULES
PROCEDURAL RULES COMMITTEE : DOCKET
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2019, Jarad W. Handelman, Esquire, is hereby reappointed as a member of the Criminal Procedural Rules Committee for a term of three years, commencing June 30, 2019.